FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SA13-469M |
| Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | |
| JESUS MARCELO NUNGARAY TORREZ,) | |
| Defendant. ) | |

I.

A. (X) On motion of the Government in a case allegedly involving:

1. ( ) a crime of violence.

2. ( ) an offense with maximum sentence of life imprisonment or death.

3. (X) a narcotics or controlled substance offense with a minimum sentence of ten or more years.

4. ( ) any felony - where defendant convicted of two or more prior offenses described above.

5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.    (X)    On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

(X)    On the further allegation by the Government of:

1.    (X)    a serious risk that the defendant will flee.

2.    ( )    a serious risk that the defendant will:

     a.    ( )    obstruct or attempt to obstruct justice.

     b.    ( )    threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government ( ) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.    (X)    The Court finds that no condition or combination of conditions will reasonably assure:

1.    (X)    the appearance of the defendant as required.

     (X)    and/or

2.    (X)    the safety of any person or the community.

B.    (X)    The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.    (X)    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

///

1  B.   (X)   the weight of evidence against the defendant;
2  C.   (X)   the history and characteristics of the defendant; and
3  D.   (X)   the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A.   (X)   As to flight risk:   Defendant's undocumented status, lack of bail resources and appropriate sureties, lack of ties to the local community, and attempt to flee.

B.   (X)   As to danger: The nature of the charged offense (possessing about 1,300 kilograms of marijuana) is indicative that Defendant probably has ties to, or is involved with, a drug cartel or large criminal organization.

## VI.

A.   ( )   The Court finds that a serious risk exists the defendant will:
   1.   ( )   obstruct or attempt to obstruct justice.
   2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.   The Court bases the foregoing finding(s) on the following:

_____
_____
_____

## VI.

1  A.  IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
2  B.  IT IS FURTHER ORDERED that the defendant be committed to the custody of
3      the Attorney General for confinement in a corrections facility separate, to the
4      extent practicable, from persons awaiting or serving sentences or being held in
5      custody pending appeal.
6  C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable
7      opportunity for private consultation with counsel.
8  D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on
9      request of any attorney for the Government, the person in charge of the
10     corrections facility in which defendant is confined deliver the defendant to a
11     United States marshal for the purpose of an appearance in connection with a
12     court proceeding.
13
14 Dated: October 11, 2013

                               /s/   Arthur Nakazato
                          ─────────────────────────────
                              ARTHUR NAKAZATO
                          UNITED STATES MAGISTRATE JUDGE